UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

1810215
SECT. J MAG. 3

OBADIAH FRANCOIS

Plaintiff

-vs-

CITY OF NEW ORLEANS,

POLICE OFFICER C.RUBIO,

Leonard Levenson, State of Louisiana

DEFENDANT

JURISDICTION;

- 4TH Amendment-unlawful search and seizure
- 5TH Amendment-double jeopardy
- 6TH Amendment-Speedy Trial, failure to appoint counsel
- 14TH Amendment-Due Process

Jurisdiction: Civil Rights Constitutional Violations

2. A statement of the parties:

✓ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1.

## COMPLAINT

Barker v. Wingo

1. the length of delay,

*I was arrested again for the same warrant 10/12/2018 approximately 4 years and 6 months from the date of offense."

2. the reason for the delay,

*The defendants violated the prescription period by 2 years and 6 months beyond the statue of limitations.

3. the time and manner in which the defendant has asserted his right,

* I filed motions:Imediately after 05/22/2014 my arrest. CCRP 701 Speedy Trial Motions, Motion for Discovery CCRP 716,717,718 and Motion to Quash CCRP 572,581,while I was incarcerated, but the case was not assigned to division and no bill of indictment or bill of information was ever filed.

4. the degree of prejudice to the defendant which the delay has caused.

*False arrest,defermation of character, loss of employment, lost wages, and property.

3. A statement of claim:

I was arrested on 05/22/2014 by the Gretna PD for a warrant issued by Orleans Parish Sheriff's Office, for a crime I did not commit. I am innocent, I plead not guilty, there is no evidence, probable cause, victim or witness to justify my arrest. I was incarcerated in JPCC(Jefferson Parish Correctional Center) for 6 months awaiting extradition to OPP(Orleans Parish Prison) to be brought to trial.

\* I filed motions: CCRP 701 Speedy Trial Motions, Motion for Dicovery CCRP 716,717,718 and Motion to Quash CCRP 572,581, while I was incarcerated, but the case was not assigned to division.

CCRP Art.572. Limitation of prosecution of noncapital offenses-

A. Except as provided in Articles 571 and 571.1, no person shall be prosecuted, tried, or punished for an offense not punishable by death or life imprisonment, unless the prosecution is instituted within the following periods of time after the offense has been committed:

(3) Two years, for a misdemeanor punishable by a fine, or imprisonment, or both.

- I was arrested again for the same warrant 10/12/2018 approximately 4 years and 6 months from the date of offense. The state did not file a bill of information or bill of indictment. The second arrest violated my 4th Amendment right of unlawful search and siezer, false arrest, my 5th Amendment right of Double Jeopardy by executing the arrest with a prescribed warrant. 6th Amendment violation of right to counsel and speedy trial, and my 14th Amendment Procedural Due Process violation stems from being denied access to the court. Violating the prescription period by 2 years and 6 months beyond the statue of limitations.

DEMAND: $550,000

4. A statement of relief: Expungement of arrest, and $550,000 for punitive damage.

Dated: October 20 /2018

Respectfully Submitted, [signature]

OBADIAH FRANCOIS
600 DEERFIELD Rd. Apt. 711
Terry town, LA, 70056
Phone #. (305) 519-8620
(561) 670-7113

3.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CERTIFICATE OF SERVICE

**I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this** October **day of** 20 **, 2018**

Respectfully Submitted, *[signature]*

OBADIAH FRANCOIS

Address: 600 Deerfield RD Apt.711, Terrytown La, 70056

Phone: (305)519-8620 & (561)670-7113

ORDERED

Considering the foregoing, and pursuant to the above law and court rule: IT IS ORDERED that this motion is granted.

Hearing be set for, this _____ day of _____, 2018.

JUDGE_____

4.