UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

<u>OBADIAH FRANCOIS</u>                                    CIVIL ACTION

PLAINTIFF (S)                                                       No. 2:18-cv-10215

<u>NEW ORLEANS ET AL</u>                                   JUDGE;

DEFENDANT (S)                                                  SECTION:

## MEMORANDOM IN SUPPORT

Now in to court comes OBADIAH FRANCOIS, who wish that this Honorable court grants this motion of memorandom. The Identity of Defendants Arresting officer: Randal Kuhn (Orleans Parish Sheriff) False Victim #1. Rebecca Collins False Victim #2. Regena Melerine

OBADIAH FRANCOIS

ADDRESS; 600 DEERFIELD RD. APT.711 TERRYTOWN LA.70056

EMAIL ADDRESS; JURYDUTY.COM@GMAIL.COM

PHONE (541)390-9513     (561)670-7113     (504)535-4294

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid

On this __25__ day of __January__, 2019.

_____
(SIGNATURE)

### ORDERED

Considering the foregoing, and pursuant to the above law and court rules.
IT IS ORDERED that this motion is granted.
Hearing be set for, this day of_____, and 2019.

Judge_____.

(1)

```
Oct 12 2018 1:53PM    OJC COMMUNICATIONS ,   5042029463        page 1
    From:
· From:Gretna P.D. Detective Bureau   504 363 1724   10/12/2018 12:24   #784 P.001/004
                                                     05/23/2014 10:32   #673 P.002/004
```

Deputy R. Kuhn
(504) 250-9831
435·55·7947

**PARISH OF ORLEANS**

**STATE OF LOUISIANANA**

**ARREST WARRANT**

**ITEM # E-27631-14**

### WARRANT OF ARREST

TO: THE SHERIFF FOR THE PARISH OF ORLEANS, HIS AUTHORIZED REPRESENTATIVE (S), AND ALL OTHER PEACE OFFICERS IN THE STATE OF LOUISIANA.

AFFIDAVIT (S) HAVING BEEN MADE BEFORE ME, UNDER OATH, BY DETECTIVE RANDALL KUHN, EMPLOYED BY THE ORLEANS PARISH SHERIFF OFFICE, ON THE 21st DAY OF MAY, 2014, THAT ON THE 20th DAY OF MAY, 2014, THE OFFENDER, OBADIAH FRANCOIS B/M D.O.B 10/15/1979, DID COMMIT THE CRIME OF TELEPHONE COMMUNICATIONS; HARASSMENT, AS DEFINED IN THE LOUISIANA REVISED STATUTE 14:285, AS WHICH CRIME WAS COMMITTED IN THE PARISH OF ORLEANS, STATE OF LOUISIANA.

YOU ARE THEREFORE COMMANDED TO ARREST SAID OFFENDER AND TAKE HIM/HER FORTHWITH TO BE BOOKED AND CHARGEDIN ACCORDANCE WITH LAW.

SIGNED AT NEW ORLEANS, LOUISIANA, ON THIS 11TH DAY OF MAY, 2012.

_____
JUDGE,
ORLEANS PARISH CRIMINAL DISTRICT COURT
SECTION __M·1__

3:45

②

```
Oct 12 2018 1:53PM    OJC COMMUNICATIONS    5042029463        page 2
From:                                       10/12/2018 12:25  #754 P.002/004
    From:Gretna P.D. Detective Bureau  504 363 1724   05/23/2014 10:32  #673 P.003/004
```

| PARISH OF ORLEANS | APPLICATION FOR |
|---|---|
| STATE OF LOUISIANANA | ARREST WARRANT |
| | ITEM # E-27631-14 |

BEFORE ME, THE UNDERSIGNED JUDGE OF CRIMINAL DISTRICT COURT, PARISH OF ORLEANS, STATE OF LOUISIANA, PERSONALLY CAME AND APPEARED: DETECTIVE RANDALL KUHN, EMPLOYED BY THE ORLEANS PARISH SHERIFF OFFICE, 2800 GRAVIER STREET, NEW ORLEANS, LOUISIANA, WHO AFTER FIRST BEING DULY SWORN BY ME, DEPOSED AND STATED THAT A WARRANT OF ARREST SHOULD ISSUE ORDERING THE ARREST OF: OBADIAH FRANCOIS B/M D.O.B 10/15/1979, WHO RESIDES AT 3020 RUE PARK FONTAINE, NEW ORLEANS LOUISIANA, WHO, ON THE 20TH DAY OF MAY, 2014 IN THE PARISH OF ORLEANS, STATE OF LOUISIANA DID COMMIT THE CRIME OF TELEPHONE COMMUNICATIONS; HARASSMENT, AS DEFINED IN THE LOUISIANA REVISED STATUTE 14:285, THE FACTS AND CIRCUMSTANCES GIVEN TO SUPPORT THE ISSUANCE OF THIS WARRANT ARE:

ON 5/20/2014 AT APPROXIMATELY 1427 HOURS, DETECTIVE RANDALL KUHN OF THE ORLEANS PARISH SHERIFF'S OFFICE INVESTIGATED A COMPLAINT AT 427 GRAVIER ST. IN REFRENCE TO HARASSING PHONE CALLS.

UPON ARRIVING AT 427 GRAVIER ST. DETECTIVE KUHN SPOKE WITH REBECCA COLLINS, WHO IS A RECEPTIONIST FOR WEIGAND & LEVENSON, LAW FIRM, LOCATED AT 427 GRAVIER ST. REBECCA ADVISED THAT COWORKERS AND HERSELF HAVE BEEN RECEIVING HARASSING PHONE CALLS FROM OBADIAH FRANCOIS B/M 10/15/79.

REBECCA STATED THAT ON 4/4/14 OBADIAH CALLED THE LAW FIRM AND TOLD HER THAT EVERYTHING HAS BEEN DISMISSED, AND HE IS GOING TO FILE A MOTION FOR SUMMARY JUDGMENT, AND ASK FOR $50 MILLION. HE SAID HE HOPES MR. LEVENSON WAS READY TO RETIRE. HE ASKED WHERE MR. LEVENSON WAS AND IF HE WAS HIDING OR IF HE JUMPED OFF OF A BRIDGE. HE TOLD REBECCA TO HAVE MR. LEVENSON CALL HIM, IT WAS AN EMERGENCY.

REBECCA STATED THAT ON 5/20/14 OBADIAH CALLED THE LAW FIRM AND TOLD HER HE WAS READY TO GIVE HIS DEPOSITION AND THAT HE WAS GOING TO DEPOSE MR. LEVENSON. REBECCA STATED THAT OBADIAH'S VOICE WAS EXTREMELY HOSTILE AS HE REPEATEDLY

Oct 12 2018 1:53PM  OJC COMMUNICATIONS  5042029463  page 3
Case 2:18-cv-10215-CJB-DMD  Document 18-1  Filed 01/25/19  Page 4 of 4

From:                                                          10/12/2018 12:25      #764 P.003/004

From:Gretna P.D. Detective Bureau    504 363 1724    05/23/2014 10:33    #673 P.004/004

ASK FOR MR. LEVENSON AFTER SHE ADVISED HIM THAT MR. LEVENSON WAS NOT IN. REBBECA STATED THAT OBADIAH THEN TOLD HER THAT IT WAS AN EMERGENCY THAT MR. LEVENSON CALL HIM BACK AND THIS IS A THREAT.

REBECCA ADVISED THAT EVER SINCE SHE RECEIVED THE PHONE CALL FROM OBADIAH WHEN HE STATED "THIS IS A THREAT", SHE HAS BEEN NERVES AND ON EDGE.

ON 5/21/14 AT APPROXIMATELY 1330 HOURS, DETECTIVE KUHN SPOKE WITH REGENA MELERINE WHO IS A SECRETARY AT WEIGAND & LEVENSON, LAW FIRM, IN REFERENCE TO THE ABOVE MATTER. REGENA ADVISED THAT ON 4/7/14 OBADIAH CALLED THE LAW FIRM AND ASKED TO SPEAK WITH MR. LEVENSON. SHE SAID SHE ADVISED OBADIAH THAT MR. LEVENSON WAS OUT OF THE OFFICE. AT WHICH TIME OBADIAH STATED HE CALLED LAST WEEK AND HAS NOT RECIVED A RETURN CALL. REGENA SAID SHE ADVISED HIM AGAIN THAT MR. LEVENSON WAS OUT OF THE OFFICE, AT WHICH TIME OBADIAH STATED HE WAS CONCERNED ABOUT MR. LEVENSON'S WELL-BEING. REGENA SAID SHE THEN REPLYED BACK "YOU'RE WORRIED ABOUT HIS WELL-BEING?" OBADIAH STATED YES HE WAS CONCERNED BECAUSE MR. LEVENSON HAS NOT CALLED HIM BACK. SHE SAID SHE ADVISED HIM AGAIN THAT MR. LEVENSON WAS OUT OF THE OFFICE.

REGENA ADDVISED AFTER THE SERIES OF PHONE CALLS THE LAW FIRM HAS RECEIVED FROM OBADIAH, SHE HAS FELT UNEASY AND INTIMADATED. REGENA SAID AFTER SHE LEARNED OF OBADIAH'S STATEMENT "THIS IS A THREAT" SHE HAS BEEN FEARFUL FOR MR. LEVENSON, HERSELF AND HER COWORKERS SAFETY. SHE SAID SHE WAS FEARFUL DUE TO THE FACT THAT SHE IS UNSURE OF WHAT OBADIAH IS CAPABLE OF DOING.

_____
AFFIANT

SWORN TO SUBSRIBED BEFORE ME
THIS 2-1 DAY OF May, 14
AT NEW ORLEANS, LOUISIANA

_____
JUDGE
ORLEANS PARISH CRIMINAL DISTRICT
COURT SECTION M

3:45

(4)